IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CV 221-117 |
| | ) | CR 219-13 |
| LESLY RICHARD | ) | |

## ORDER

This matter is before the Court on the Government's emergency motion to vacate Richard's conviction. Upon consideration of all facts and circumstances, the Court finds that the motion is due to be granted. It is therefore ordered that the motion is granted and Richard's conviction is vacated.

SO ORDERED this 30 day of November, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA